```
                         United States Bankruptcy Court
                          Southern District of Florida
In re:                                                            Case No. 14-24513-RAM
Luis Antonio Barrios                                              Chapter 7
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 113C-1          User: admin                 Page 1 of 2               Date Rcvd: Jul 31, 2014
                              Form ID: CGFD65             Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2014.
db           +Luis Antonio Barrios,    4341 NW 167th Terrace,    Miami Gardens, FL 33055-4314
smg           Florida Department of Revenue,    POB 6668,    Tallahassee, FL 32314-6668
92369310     +America's Servicing Company,    P.O. Box 10328,    Des Moines, IA 50306-0328
92369312     +Brett Allen,    215 North Federal Highway,    Dania Beach, FL 33004-2805
92369317      CE Properties USA, LLC,    161 Shadow Falls Drive,    Richmond Hill, ON L4E O-N9 CA
92369323    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank,    Attn: Centralized Bankruptcy,    P.O. Box 20507,
               Kansas City, MO 64195)
92369314     +Capital One Bank,    P.O. Box 85167,    Richmond, VA 23285-5167
92369313     +Capital One Bank,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
92369315      Capital One Bank,    c/o TSYS Debt Management,    P.O. Box 2567,    Columbus, GA 31902-2567
92369316     +Capital One Bank (USA) N.A.,    Attn: Bankruptcy,    P.O. Box 70886,    Charlotte, NC 28272-0886
92369319     +Chase,   Attention: Bankruptcy Department,    P.O. Box 15298,    Wilmington, DE 19850-5298
92369320     +Chase,   Attention: Bankruptcy Department,    2500 Westfield Drive,    Elgin, IL 60124-7836
92369318     +Chase,   Attention: Bankruptcy Department,    P.O. Box 15145,    Wilmington, DE 19850-5145
92369321     +Chase Manhattan Mtge,    G7 - PP,    3415 Vision Drive,    Columbus, OH 43219-6009
92369322     +Citi South Dakota,    P.O. Box 6062,    Sioux Falls, SD 57117-6062
92369324     +Citibank South Dakota,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
92369327    ++DIRECTV LLC,   ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: Direct TV,    2230 East Imperial Highway,    El Segundo, CA 90245)
92369325     +Denise Blackwell-Pineda,    2915 Biscayne Boulevard,    Suite 300,    Miami, FL 33137-4197
92369326     +Diana Latta,    3310 North Hills Drive,    Hollywood, FL 33021-2534
92369328     +Enhanced Acquisitions, LLC,    3840 East Robinson Road,    Suite 353,    Amherst, NY 14228-2001
92369330     +Focus Receivables Management, LLC,    P.O. Box 1976,    Southgate, MI 48195-0976
92369331     +Gary L. Bates, Esq.,    1406 Bienville Boulevard,    Suite 104,    Ocean Springs, MS 39564-2916
92369332     +Greenspoon Marder,    Trade Center South, Suite 700,    100 West Cypress Creek Road,
               Fort Lauderdale, FL 33309-2181
92369333     +Hernandez Lee, LLC,    First Bank of Miami Building,    255 Aragon Avenue, Suite 300,
               Coral Gables, FL 33134-5054
92369337     +JP Morgan Chase Legal Department,    P.O. Box 9622,    Deerfield Beach, FL 33442-9622
92369336     +Jay K. Jordan, Registered Agent,    2355 Pass Road,    Biloxi, MS 39531-2344
92369340     +Maria Barrios,    4341 NW 167th Terrace,    Miami Gardens, FL 33055-4314
92369343     +Mitchell L. Lundeen, Esq.,    The Chartwell Law Offices, LLP,
               200 South Biscayne Boulevard, # 300,    Miami, FL 33131-5322
92438374     +Mobile Lumber & Building Materials Inc,    POB 190610,    Mobile AL 36619-0610
92369344     +Mobile Lumber & Millwork,    5229 U.S. 90,    Mobile, AL 36619-4201
92369345      National Credit Adjusters,    P.O. Box 550327,    Hutchinson, KS 67504
92369346     +O'Malley Properties, LLC,    139 Hillcrest Avenue,    Edison, NJ 08817-3108
92369347     +Peter Spindel,    11440 North Kendall Drive,    Suite 209,    Miami, FL 33176-1024
92369348     +Sears / Citi,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
92369349     +Sharon Huddle & Mark Huddle,    c/o Kelsky Law, P.A.,    1250 South Pine Island Road, # 250,
               PLantation, FL 33324-4486
92369350     +Webb Sanders & Williams, PLLC,    363 North Broadway,    P.O. Box 496,    Tupelo, MS 38802-0496
92369351     +William Alex Brady, II,    Brady Law Firm, PLLC,    520 East Railroad, Suite B,
               Long Beach, MS 39560-4917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
92369308     +E-mail/PDF: recoverybankruptcy@afninet.com Aug 01 2014 00:11:40     AFNI, Inc.,    P.O. Box 3097,
               Bloomington, IL 61702-3097
92369309     +E-mail/PDF: recoverybankruptcy@afninet.com Aug 01 2014 00:12:31     AFNI, Inc.,    P.O. Box 3427,
               Bloomington, IL 61702-3427
92437931     +E-mail/Text: bnc@atlasacq.com Aug 01 2014 00:15:49      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
92369311     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 01 2014 00:36:13
               Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard,    5th Floor,
               Coral Gables, FL 33146-1837
92369329     +E-mail/Text: bknotice@erccollections.com Aug 01 2014 00:35:30     Enhanced Recovery Company, LLC,
               Attn: Bankruptcy Department,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
92369335      E-mail/Text: cio.bncmail@irs.gov Aug 01 2014 00:16:18     IRS Special Procedures - Insolvency,
               Stop 5760,    7850 SW 6th Court, Room 165,    Plantation, FL 33324 - 3202
92369334     +E-mail/Text: cio.bncmail@irs.gov Aug 01 2014 00:16:18     Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
92369338     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2014 00:12:08      LVNV Funding,
               P.O. Box 10584,    Greenville, SC 29603-0584
92369339     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2014 00:11:38      LVNV Funding,
               P.O. Box 740281,    Houston, TX 77274-0281
92369341     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 01 2014 00:35:22     Midland Credit Management,
               Department 12421,    P.O. Box 603,    Oaks, PA 19456-0603
92369342     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 01 2014 00:35:22     Midland Funding, LLC,
               8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
                                                                                               TOTAL: 11

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

```
District/off: 113C-1           User: admin              Page 2 of 2               Date Rcvd: Jul 31, 2014
                               Form ID: CGFD65          Total Noticed: 48
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2014 at the address(es) listed below:
              Atlas Acquisitions,LLC    bk@atlasacq.com
              Kenneth M. Stein, Esq.    on behalf of Debtor Luis Antonio Barrios steinkenneth6@gmail.com
              Maria  Yip    trustee@yipcpa.com, myip@ecf.epiqsystems.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 4

**CGFD65** (12/1/09)



ORDERED in the Southern District of Florida on July 31, 2014

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 14−24513−RAM

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Luis Antonio Barrios
aka Luis Antonio Barrios Martinez
4341 NW 167th Terrace
Miami Gardens, FL 33055

SSN: xxx−xx−2583

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

# # #

* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*